# SHER TREMONTE LLP

August 20, 2020

**VIA EMAIL**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007-1312
(BroderickNYSDChambers@nysd.uscourts.gov)

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  8/20/2020

      **Re:**    *United States v. Argenis Adames, et al.*
              Case No. 15 Cr. 796 (VSB)

Dear Judge Broderick:

      I was previously appointed to represent Argenis Adames in the above captioned case on May 10, 2016 as replacement counsel pursuant to the Criminal Justice Act ("CJA"), Title 18 U.S.C. § 3006A(b). I respectfully submit this letter to request authorization to be re-appointed as CJA counsel. If authorized, my re-appointment would be for the limited purpose of representing Mr. Adames in connection with the issues raised in his recent letter to this Court, which was docketed in this case on August 20, 2020 (Dkt. #230).

                            Respectfully submitted,

                            /s/
                          Michael Tremonte