# SHER TREMONTE LLP

February 16, 2021

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007-1312
BroderickNYSDChambers@nysd.uscourts.gov

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 2/17/2021

      Re:    *United States v. Argenis Adames, et al.*
               Case No. 15 Cr. 796 (VSB)

Dear Judge Broderick,

    We were recently appointed CJA counsel to investigate and prepare a petition for compassionate release on his behalf. In connection with that effort, we reached out to the U.S. Attorney's Office to request an updated criminal history report, which we need in order to prepare Mr. Adames's petition. Assistant U.S. Attorney Alex Rossmiller indicated that we should seek a court order directing him to produce an updated criminal history report, which he believes the U.S. Attorney's Office otherwise lacks the authority to provide to us. Accordingly, we respectfully request that the Court issue an order directing the U.S. Attorney's Office to immediately provide us with an updated criminal history report for Mr. Adames.

               Respectfully submitted,

               /s/ Michael Tremonte

               Michael Tremonte
               Jennifer X. Luo

cc:    All counsel of record (by ECF)